```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 11934
   ROBERT B WEBB
   NICOLE WEBB                                  CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-0041    SSN XXX-XX-9584

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/05/2007 and was confirmed 09/19/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  20.00%.

     The case was dismissed after confirmation 09/10/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS     CURRENT MORTG          .00             .00           .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE      8258.12             .00       1597.73
REGIONAL ACCEPTANCE CORP   SECURED VEHIC     19289.00         1901.69       1493.37
REGIONAL ACCEPTANCE CORP   UNSECURED           232.86             .00           .00
ARROW ACCEPTANCE CORP      UNSECURED        NOT FILED             .00           .00
ALLIED INTERSTATE          UNSECURED        NOT FILED             .00           .00
AMER COLL CO               UNSECURED        NOT FILED             .00           .00
AMERICAN GENERAL FINANCE   UNSECURED        NOT FILED             .00           .00
AMERICREDIT FINANCIAL SV   UNSECURED           526.01             .00           .00
ANDERSON FIN NETWORK       UNSECURED        NOT FILED             .00           .00
ASSET ACCEPTANCE LLC       UNSECURED        NOT FILED             .00           .00
PAYDAY LOAN                UNSECURED        NOT FILED             .00           .00
ECAST SETTLEMENT CORP      UNSECURED           238.36             .00           .00
CAPITAL ONE                UNSECURED          1098.04             .00           .00
CAPITAL ONE BANK           UNSECURED          1029.15             .00           .00
CHECK N GO                 UNSECURED        NOT FILED             .00           .00
ASSET ACCEPTANCE LLC       UNSECURED          1397.04             .00           .00
DISCOUNT ADVANCE           UNSECURED        NOT FILED             .00           .00
HSBC CARSON                UNSECURED        NOT FILED             .00           .00
MEDICAL                    UNSECURED        NOT FILED             .00           .00
MIDLAND CREDIT MANAGEMEN   UNSECURED           170.00             .00           .00
MIDLAND CREDIT MANAGEMEN   UNSECURED           105.05             .00           .00
MY CASH NOW                UNSECURED        NOT FILED             .00           .00
PEOPLES GAS & LIGHT        UNSECURED          1607.26             .00           .00
PREMIUM ASSET RECOVERY C   UNSECURED           276.60             .00           .00
ROUNDUP FUNDING LLC        UNSECURED          1563.58             .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED            51.75             .00           .00
NCO FINANCIAL              UNSECURED           535.55             .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       2,954.00                       2,954.00
TOM VAUGHN                 TRUSTEE                                            623.21
DEBTOR REFUND              REFUND                                             660.00


                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 11934 ROBERT B WEBB & NICOLE WEBB
```

```
    Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   9,230.00

PRIORITY                                                  .00
SECURED                                              3,091.10
    INTEREST                                         1,901.69
UNSECURED                                                 .00
ADMINISTRATIVE                                       2,954.00
TRUSTEE COMPENSATION                                   623.21
DEBTOR REFUND                                          660.00
                        ---------------        ---------------
TOTALS                    9,230.00                   9,230.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
    Dated: 12/22/08             /s/ Tom Vaughn
                                _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```